1  SCOTT S. FURSTMAN
   State Bar No.76476
2  1541 The Alameda
   San Jose, California 95126
3  Telephone (408) 292-4132
   Facsimile  (408) 292-4162
4
   Attorney for Defendant,
5  JOSE ARAIZA-VELASQUEZ

6

7
                    UNITED STATES DISTRICT COURT
8
          FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          **No. CR S 05-00390-LKK**

11              Plaintiff,

                                       **STIPULATION RE:  CONTINUANCE OF**
12         v.                          **STATUS CONFERENCE AND**
                                       **EXCLUDABLE TIME;  ORDER**
13  JOSE ARAIZA-VELASQUEZ,

14              Defendant.

15

16       The defendant, through counsel and plaintiff, through its counsel of record, hereby

17  stipulate that the trial confirmation hearing  presently set for November 1, 2005 and the trial

18  presently set for November 15, 2005 may be vacated and the matter continued  for status

19  conference November 29, 2005 at 9:30 a.m. This stipulation is entered into at the request of the

20  defendant Jose Araiza-Velasquez for the following reasons:  (1) Attorney, Scott S. Furstman,

21  has recently been retained on the defendant's behalf and will be filing a notice of appearance in

22  conjunction herewith; (2) Mr. Furstman has not yet received discovery and requires additional

23  time to obtain and review discovery, conduct investigation and confer with the defendant and

24  government counsel.  Accordingly, the date of November 29, 2005 at 9:30 a.m. is respectfully

25  suggested for status conference.

262

7

28

STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE

1   The parties further stipulate that the time from November 1, 2005 to November 29, 2005

2   is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18

3   USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and

4   continuity of counsel and further that the ends of justice outweigh the public's interest in a

5

6   speedy trial.

7           It is so stipulated.

8   Dated:  October 31, 2005                                    _____
                                                               /s/SCOTT S. FURSTMAN
9                                                              Attorney for Defendant,
                                                               Jose Armando Gonzalez
10

11

12

13  Dated October  31, 2005                                    _____
                                                               /s/MICHAEL BECKWITH
14                                                             Assistant U.S. Attorney
                                                               per telephonic authority
15

16

17                              **[PROPOSED] ORDER**
            Good cause appearing and the parties having stipulated thereto, it is ordered that the trial

18  confirmation hearing of November 1, 2005 and trial on November 15, 2005 are vacated and the

19  matter continued for status conference to November 29, 2005 at 9:30 a.m. It is further ordered

20  that the time between November 1 and November 29, 2005 is excludable  under 18 USC 3161

21  (h)(8)(B)(i) and (iv) for adequate preparation and continuity of counsel and that the ends of

22

23  justice outweigh the public's interest in a speedy trial by excluding time and continuing the

24  status conference to November  29, 2005.

25          It is so ordered.

262 Dated:  October 31, 2005                      /s/ Lawrence K. Karlton____
                                                  HONORABLE LAWRENCE K. KARLTON
7                                                 Senior, United States District Judge

28

**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE**

**PROOF OF SERVICE**
**[C.C.P. 1013(a)]**

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara.  I am over the age of eighteen (18) years and not a party to the within entitled action.  My business address is: 1541 The Alameda, San Jose, CA 95126.  On October 11, 2005, I served a copy of the document(s) described below:

( X )    [BY MAIL]    By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(    )    [BY OVERNIGHT DELIVERY]    By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(    )    [BY HAND DELIVERY]    By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

( X )    [BY FACSIMILE TRANSMISSION]    By consigning such copy to a facsimile operator for transmittal.

**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE AND EXCLUDABLE TIME; [PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Michael Beckwith**
**Assistant U.S. Attorney**
**501 I Street, Suite 10-100**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 31,2005 at San Jose, California.

_____
Scott S. Furstman

---

3

**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE**