McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,  )<br>  )<br>  )<br>     v.  )<br>  )<br>JOSE ARAIZA-VELASQUEZ,  )<br>    aka Jose Araizo,  )<br>  )<br>       Defendant.  )<br>_____) | CR. S-05-0390 LKK<br><br>ORDER FOLLOWING STATUS<br>CONFERENCE |

   This matter came before the Court for a status conference on November 29, 2005, at 9:30 A.M.  Assistant U.S. Attorney Jason Hitt represented the United States and Scott Furstman represented Jose Araiza-Valasquez ("Defendant").  Defendant was present and in custody.

   Parties indicated that the Probation Office needed more time to complete a pre-plea report in this case.  Both parties asked that time be excluded under the Speedy Trial Act to allow for further negotiation and preparation of a plea agreement.

   Based upon the party's representations, the Court ordered a status conference on December 20, 2005, at 9:30 A.M.  The Court

1

further ordered that time be excluded time under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare). The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED:**

1. A status conference is set for December 20, 2005, at 9:30 A.M.

2. Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through December 20, 2005.

IT IS SO ORDERED

Date: December 2, 2005        /s/ Lawrence K. Karlton
                              HONORABLE LAWRENCE K. KARLTON
                              SENIOR DISTRICT COURT JUDGE