SCOTT S. FURSTMAN
State Bar No.76476
1541 The Alameda
San Jose, California 95126
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
JOSE ARAIZA-VELASQUEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ARAIZA-VELASQUEZ,<br><br>Defendant. | No. CR S 05-00390-LKK<br><br>STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE AND EXCLUDABLE TIME;  ORDER |

The defendant, through counsel and plaintiff, through its counsel of record, hereby stipulate that the status conference presently set for December 20, 2005  may be continued to January 24, 2006  at 9:30 a.m. This stipulation is entered into at the request of the defendant Jose Araiza-Velasquez to allow probation to complete an initial report regarding the defendant's eligibility for a possible "fast track" disposition and to allow the parties to explore a plea agreement.

The parties further stipulate that the time from December 20, 2005 to January 24, 2006 is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and Local Rule T4 and in particular, sections 18 USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate

1

**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE**

preparation and continuity of counsel and further that the ends of justice outweigh the public's interest in a speedy trial.

It is so stipulated.

Dated:  December 16, 2005                         /s/ Scott s. Furstman
                                                 SCOTT S. FURSTMAN
                                                 Attorney for Defendant,
                                                 Jose Araiza-Velasquez



Dated: December  16, 2005                        /s/ Michael Beckwith
                                                 MICHAEL BECKWITH
                                                 Assistant U.S. Attorney
                                                 per telephonic authority

## **ORDER**

Good cause appearing and the parties having stipulated thereto, it is ordered that the status conference presently set for December 20, 2005 is continued to January 24, 2006 at 9:30 a.m. It is further ordered that the time between December 20, 2005 and January 24, 2006 is excludable  under 18 USC 3161 (h)(8)(B)(i) and (iv) for adequate preparation and continuity of counsel and that the ends of justice outweigh the public's interest in a speedy trial by excluding time and continuing the status conference to January 24, 2006.

It is so ordered.

Dated:  December 19, 2005                        /s/ Lawrence K. Karlton
                                                 HONORABLE LAWRENCE K. KARLON
                                                 Senior, United States District Judge

**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE**

# PROOF OF SERVICE
## [C.C.P. 1013(a)]

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara.  I am over the age of eighteen (18) years and not a party to the within entitled action.  My business address is: 1541 The Alameda, San Jose, CA 95126.  On December 16, 2005, 2005, I served a copy of the document(s) described below:

( X )   [BY MAIL]    By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(  )   [BY OVERNIGHT DELIVERY]    By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(  )   [BY HAND DELIVERY]    By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

( X )   [BY FACSIMILE TRANSMISSION]    By consigning such copy to a facsimile operator for transmittal.

**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE AND EXCLUDABLE TIME; [PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Michael Beckwith**
**Assistant U.S. Attorney**
**501 I Street, Suite 10-100**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 16, 2005, 2005 at San Jose, California.

/s/ Scott S. Furstman
_____
Scott S. Furstman

**STIPULATION RE:  CONTINUANCE OF STATUS CONFERENCE**