```
McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-05-0390 LKK |
| ) Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| JOSE ARAIZA-VELASQUEZ, ) | |
|      aka Jose Araizo, ) | |
| ) | |
|      Defendant. ) | |
| ) | |

This matter came before the Court for a status conference on February 7, 2006, at 9:30 A.M.  Assistant U.S. Attorney Michael Beckwith represented the United States and Alexandra Negin made a special appearance for Scott Furstman on behalf of Jose Araiza-Valasquez ("Defendant").  Defendant was present and in custody.

The parties anticipate a change of plea and asked for one week to finalize their agreement and make appropriate arrangements.  Based upon the party's representations, the Court ordered a status conference on February 14, 2006, at 9:30 A.M.  The Court further ordered that time be excluded time under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to

1

prepare).  The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED:**

1.   A status conference is set for February 14, 2006, at 9:30 A.M.

2.   Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through February 14, 2005.

IT IS SO ORDERED

Date: February 8, 2006        /s/ Lawrence K. Karlton
                              HONORABLE LAWRENCE K. KARLTON
                              SENIOR DISTRICT COURT JUDGE