```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   )  CR. S-05-0390 LKK
12           Plaintiff,            )
                                   )  ORDER CONTINUING STATUS
13                                 )  CONFERENCE
         v.                        )
14                                 )
    JOSE ARAIZA-VELASQUEZ,         )
15       aka Jose Araizo,          )
                                   )
16           Defendant.            )
                                   )
17
```

18      This matter came before the Court for a status conference on
19 February 22, 2006, at 9:30 A.M.  Assistant U.S. Attorney Matthew
20 Segal represented the United States and Scott Furstman appeared
21 on behalf of Jose Araiza-Valasquez ("Defendant").  Defendant was
22 present and in custody.

23      The parties anticipate a change of plea and asked for one
24 week to finalize their agreement and make appropriate
25 arrangements.  Based upon the party's representations, the Court
26 ordered a status conference on February 28, 2006, at 9:30 A.M.
27 The Court further ordered that time be excluded time under 18
28 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to

prepare).  The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED:**

1.   A status conference is set for February 28, 2006, at 9:30 A.M.

2.   Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through February 28, 2005.

IT IS SO ORDERED


Date: February 24, 2006           /s/ Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR DISTRICT COURT JUDGE