```
1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797
5
6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                  EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )
                                )   CR. S-05-0390 LKK
12          Plaintiff,          )
                                )   ORDER CONTINUING STATUS
13                              )   CONFERENCE
       v.                       )
14                              )
   JOSE ARAIZA-VELASQUEZ,       )
15      aka Jose Araizo,        )
                                )
16          Defendant.          )
                                )
17
```

18      This matter came before the Court for a status conference on
19 February 28, 2006, at 9:30 A.M.  Assistant U.S. Attorney Michael
20 Beckwith represented the United States and Scott Furstman
21 appeared on behalf of Jose Araiza-Valasquez ("Defendant").
22 Defendant was present and in custody.
23      The parties anticipate a change of plea and asked for one
24 more week to finalize their agreement and make appropriate
25 arrangements.  Based upon the party's representations, the Court
26 ordered a status conference on March 21, 2006, at 9:30 A.M.  The
27 Court further ordered that time be excluded time under 18 U.S.C.
28 § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

1

1  The Court directed government counsel to prepare a formal order.

3  **IT IS HEREBY ORDERED:**

4  1.   A status conference is set for March 21, 2006, at 9:30 A.M.

6  2.   Based on the party's representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through March 21, 2006.

11  IT IS SO ORDERED

14  Date: March 3, 2006                    /s/ Lawrence K. Karlton
                                           HONORABLE LAWRENCE K. KARLTON
                                           SENIOR DISTRICT COURT JUDGE